# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-3027
_____

Heather Swanson; Oneida Health, LLC

Plaintiffs - Appellants

v.

Michael Hilgers, in his official capacity as the Attorney General of the State of Nebraska; Ashley Newmyer, in her official capacity as the Interim Director of the Division of Public Health for the Nebraska Department of Health and Human Services

Defendants - Appellees

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:24-cv-03072-RFR)

## JUDGMENT

Before COLLOTON, Chief Judge, SMITH, and SHEPHERD, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 22, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Susan E. Bindler